**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01205-CV

**JALIA STEPHENS, Appellant**

**V.**

**ROSELAND ESTATES, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03495-D**

## ORDER

By postcard dated November 19, 2014, we advised Appellant that the reporter's record in the above case is overdue. We directed the court reporter to file the record within 30 days of the date of the notice. The court reporter has now advised us that no party has contacted her to request the reporter's record. Accordingly, we **ORDER** Appellant to file within ten days of the date of this order (1) notice that Appellant has requested preparation of the reporter's record; and, (2) written verification that appellant has paid or made arrangements to pay the reporter's fee or written documentation that appellant has been found to be entitled to proceed without payment of costs. *We notify appellant that if we receive verification that no request for the record has been made as required by this order or that she has not paid for or made*

*arrangements to pay for the record as required by this order, we will order the appeal submitted*

*without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Cora L. Hough, Official Court Reporter of County Court at Law No. 4 and to the Honorable Ken Tapscott,  Presiding Judge of Dallas County Court at Law. No. 4.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE